McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED**

DMITRIY SLAVIN
Trial Attorney
National Security Division
Counterterrorism Section

Attorneys for Plaintiff
United States of America

FILED
Feb 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MURAT KURASHEV,<br><br>Defendant. | CASE NO.   2:21-cr-0040 WBS<br><br>VIOLATION: 18 U.S.C. § 2339B(a)(1) – Attempt to Provide Material Support to a Foreign Terrorist Organization |

# INDICTMENT

<u>COUNT ONE</u>: [18 U.S.C § 2339B(a)(1) – Attempt to Provide Material Support to a Foreign Terrorist Organization]

The Grand Jury charges: T H A T

MURAT KURASHEV

defendant herein, beginning on a date unknown but no later than in or about July 2020, and continuing until in or about February 2021, in the Eastern District of California and elsewhere, did knowingly attempt to provide "material support or resources" as that term is defined in 18 U.S.C. § 2339A(b)(1), including financial support, to a foreign terrorist organization (FTO), namely, Hayat Tahrir al-Sham (HTS), which at all relevant times was designated by the Secretary of State as a Foreign Terrorist

Organization (FTO) pursuant to Section 219 of the Immigration and Nationality Act (INA), knowing that HTS was a designated foreign terrorist organization (as defined in 18 U.S.C. § 2339B(g)(6)), that HTS engages and has engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the INA), and that HTS engages in and has engaged in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorizations Act, Fiscal Years 1988 and 1989).

All in violation of 18 U.S.C. §§ 2339B(a)(1) and 2.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*[signature]*

McGREGOR W. SCOTT
United States Attorney

INDICTMENT

2

*No.* 2:21-cr-0040 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

MURAT KURASHEV,

## I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 2339B(a)(1) – Attempt to Provide Material Support to a Foreign Terrorist Organization

*A true bill,*   **/s/ Signature on file w/AUSA**

———————————————————————————
*Foreman.*

*Filed in open court this* _____ 18th _____ *day*

*of* __ February _____ , *A.D. 20*21____

———————————————————————————
*Clerk.*

Bail, $ _____

Bench warrant —detention/bail
To be determined at IA

GPO 863 525

**United States v. Murat Kurashev**
**Penalties for Indictment**

**Defendant**
**MURAT KURASHEV**

## COUNT 1:

VIOLATION: 18 U.S.C. § 2339B(a)(1) - Attempt to Provide Material Support to a Foreign Terrorist Organization

PENALTIES: 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of any term of years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)