UN~~SEALED~~ 11238637

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

USA,       Case No: **2:21-CR-00040-WBS** ~~*SEALED*~~

v.

MURAT KURASHEV,

**FILED**

## WARRANT FOR ARREST

FEB 22 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

TO: THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Murat Kurashev

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

**Attempt to Provide Material Support to a Foreign Terrorist Organization**

in violation of Title **18** United States Code, Section(s) **2339B(a)(1)**

| | |
|---|---|
| A. Coll | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | **2/18/21**     **Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at **NO BAIL** | by **Magistrate Judge Allison Claire** |

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| | |
|---|---|
| 2-18-2021 | M. Benjamin Alencastre |
| Date Received | Name and Title of Arresting Officer |
| 2-19-2021 | *[signature]* |
| Date of Arrest | Signature of Arresting Officer |