1  PHILLIP A. TALBERT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  DMITRIY SLAVIN
   Trial Attorney
7  National Security Division
   U.S. Department of Justice
8  Washington, D.C.

9  Attorneys for Plaintiff
   United States of America
10

11              IN THE UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13
   UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-0040 KJM
14
                        Plaintiff,        GOVERNMENT'S MOTION TO DESIGNATE
15                                         A CLASSIFIED INFORMATION SECURITY
                  v.                       OFFICER; ORDER
16
   MURAT KURASHEV,
17
                        Defendant.
18

19

20       The United States of America respectfully requests that the Court

21  designate a Classified Information Security Officer ("CISO"), pursuant to

22
23  the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and

24  Section 2 of the Security Procedures established under Pub. L. 96-456, 94

25  Stat. 2025 by the Chief Justice of the United States and promulgated
26
27  pursuant to Section 9 of CIPA.  In support of its motion, the government

28

states the following:

1.     This is a criminal matter in which the grand jury has returned an indictment charging the Defendant with attempting to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1).

2.     The case involves classified material and will require filings pursuant to CIPA.

3.     To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing orders relating to the matter, the government requests that the Court designate Winfield S. "Scooter" Slade as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

4.     Section 2 of the Security Procedures states, in part, "Prior to designation [of a CISO], the Department of Justice Security Officer must certify in writing that the classified information security officer is properly cleared, i.e., possesses the necessary clearance for the level and category of classified information involved."

5.     The government has obtained a certification from James L. Dunlap, the Department of Justice Security Officer, recommending

GOVERNMENT'S MOTION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER;
ORDER

Winfield S. "Scooter" Slade for the position of CISO and certifying that he possesses the required security clearance for the classified information involved in this case. Mr. Slade will submit this certification directly to the Court.

6.     The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Winfield S. "Scooter" Slade is unavailable: Daniel O. Hartenstine, Patrice E. King, Daniella M. Medel, Matthew W. Mullery, Connor B. Morse, Carli V. Rodriguez-Feo, and Harry J. Rucker.

Respectfully submitted,

Dated: January 31, 2023          PHILLIP A. TALBERT
                                 United States Attorney


                                 /s/ HEIKO P. COPPOLA
                                 HEIKO P. COPPOLA
                                 Assistant United States
                                 Attorney


Dated: January 31, 2023          /s/ DMITRIY SLAVIN
                                 DMITRIY SLAVIN
                                 Trial Attorney
                                 National Security Division
                                 U.S. Department of Justice

GOVERNMENT'S MOTION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER;
ORDER

3

## ORDER DESIGNATING A
## CLASSIFIED INFORMATION SECURITY OFFICER

AND NOW, upon consideration of the United States' motion to designate a Classified Information Security Officer, the Court orders the following:

1.     The Court has been made aware that there is the potential for issues related to classified information to arise, given the nature of the discovery in this case.  Federal law expressly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. No. 96-456, § 9, 94 Stat. 2029 (1980).  Pursuant to paragraph 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States for the protection of classified information, the Court **hereby appoints** Mr. Winfield S. "Scooter" Slade, as the designated Classified Information Security Officer in the above-entitled matter.

2.     The Court **further appoints** Daniel O. Hartenstine, Patrice E. King, Daniella M. Medel, Connor B. Morse, Matthew W. Mullery, Carli V. Rodriguez-Feo, and Harry J. Rucker as Alternate Court Security Officers in the above-entitled matter.

GOVERNMENT'S MOTION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER;
ORDER

4

1    **IT IS SO ORDERED.**

2

3    Dated:  February 6, 2023.

4    _____
     CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENT'S MOTION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER;
ORDER