HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN HOPKINS, CA Bar #294141
Assistant Federal Defender
801 I St., 3rd Floor
Sacramento, California 95814
Telephone: (916)-498-5700
Facsimile: (916)-498-5710

Attorneys for Defendant
MURAT KURASHEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>MURAT KURASHEV,<br><br>*Defendant*. | Case No.  2:21-cr-0040-KJM<br><br>[~~PROPOSED~~] SEALING ORDER |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit A to Defendant Murat Kurashev's Motion for Bail Review shall be filed **under seal** until further order of the Court.  **IT IS SO ORDERED.**

DATED:  April 25, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE