HEATHER E. WILLIAMS, #122664
Federal Defender
CHRISTINA SINHA, SBN 278893
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
MURAT KURASHEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-0040-KJM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BAIL REVIEW HEARING |
| v. | |
| MURAT KURASHEV, | Date: May 4, 2023<br>Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Allison Claire |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Assistant Federal Defenders Christina Sinha and Megan T. Hopkins, counsel for defendant Murat Kurashev, that the bail review hearing scheduled for May 1, 2023, at 2:00 p.m. be continued to May 4, 2023 at 2:00 p.m.

Ms. Sinha, who is lead counsel in this case, will be unavailable for a hearing until May 4, 2023. After discussing with Mr. Kurashev, his request is that the hearing be continued until a time when both of his counsel may be present. In light of the brief continuance requested, the parties further stipulate to a revised schedule for the filing of the government's opposition, if any, and the defense reply, if any, as follows:

Government Opposition due by 12:00 p.m. on Tuesday, May 2, 2023[1]

---

[1] Consistent with Local Rule 429(c), requiring the opposition be filed at least two days prior to the hearing date, not to exceed five pages without authorization from the Court.

Defense Reply due by 12:00 p.m. on Wednesday, May 3, 2023[2]

The defendant's presence at the hearing has been waived given the distance between his current housing facility and the courthouse, and so no interpreter is required for this hearing. Defense counsel will advise both the US Marshal and Court Interpreter Services that Mr. Kurashev will not request to be personally present for the hearing.

Dated: April 26, 2023                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Public Defender

                                         */s/ Megan T. Hopkins*
                                         MEGAN T. HOPKINS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MURAT KURASHEV


Date: April 26, 2023                     PHILLIP A. TALBERT
                                         United States Attorney

                                         */s/ Heiko Coppola*
                                         HEIKO COPPOLA
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff

---

[2] Although not addressed in the local rule, the parties agree that the defense reply will not exceed five pages.

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE