HEATHER E. WILLIAMS, #122664
Federal Defender
CHRISTINA SINHA, SBN 278893
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorneys for Defendant
MURAT KURASHEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MURAT KURASHEV,<br><br>　　　　Defendant. | Case No. 2:21-cr-0040-KJM<br><br>STIPULATION AND ORDER TO EXTEND FILING DEADLINE FOR DEFENSE MOTION TO RECONSIDER ORDER GRANTING IN PART GOVERNMENT'S MOTION TO REVOKE THE MAGISTRATE JUDGE'S RELEASE ORDER<br><br>Date:　August 21, 2023<br>Time:　9:00 a.m.<br>Judge:　Hon. Kimberley J. Mueller |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Heiko Coppola, counsel for plaintiff, and Assistant Federal Defenders Christina Sinha and Megan T. Hopkins, counsel for defendant Murat Kurashev, that the filing deadline for a motion by the defense for reconsideration of the District Court's order granting in part the government's motion to revoke the magistrate judge's release order be extended to Wednesday, August 2, 2023.

The defense has ordered a transcript of the relevant proceedings held on June 22 and June 26, 2023, however the court reporter has advised defense counsel that the transcript for proceedings on June 22, 2023 will not be available prior to the 28-day filing deadline (July 24, 2023) required under Federal Rule of Civil Procedure 59(e). The parties agree that the transcript of proceedings on June 22, 2023, is relevant to and necessary for the Court's consideration of the defense motion

to reconsider.  Therefore, the parties stipulate to a revised schedule for the filing of the defense motion, government's opposition, if any, and the defense reply, if any, as follows:

    Motion to Reconsider due by August 2, 2023

    Government Opposition due by August 9, 2023

    Defense Reply due by August 16, 2023

    Motion Hearing on or after August 21, 2023, at 9:00 a.m.

Dated: July 19, 2023                        Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Public Defender

                                            */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MURAT KURASHEV

Date: July 19, 2023                        PHILLIP A. TALBERT
                                            United States Attorney

                                            */s/ Heiko Coppola*
                                            HEIKO COPPOLA
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The revised schedule for the filing of the defense motion, government's opposition, if any, and the defense reply, if any, is as follows:

        Motion to Reconsider due by August 2, 2023

        Government Opposition due by August 9, 2023

        Defense Reply due by August 16, 2023

        Motion Hearing on or after August 21, 2023, at 9:00 a.m.

IT IS SO ORDERED.

DATED: July 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE