HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MURAT KURASHEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00040-KJM |
| Plaintiff, | [PROPOSED] ORDER TO EXONERATE BOND |
| vs. | Duty Judge: Hon. Jeremy D. Peterson |
| MURAT KURASHEV | |
| Defendant. | |

IT IS HEREBY ORDERED that the secured property bond involving the title of two vehicles owned by Alikhan Evoloev and the $20,000 cash posted by Liana Kurasheva be exonerated and that the Clerk of the Court reconvey to the sureties the titles and funds posted to secure the bonds. Defense Counsel is directed to provide a current mailing address for Mr. Evoloev and Ms. Kurasheva to the Clerk of Court for the return of the above-referenced items.

IT IS SO ORDERED.

Dated: December 27, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge