HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
CHRISTINA SINHA, CA SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MURAT KURASHEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MURAT KURASHEV, )<br><br>Defendant. ) | Case No.  2:21-CR-40-KJM<br><br>**CASE OVERVIEW MEMORANDUM ISO OPEN CHANGE OF PLEA**<br><br>Judge: Hon. Kimberly J. Mueller, Chief District Judge<br><br>Date & Time: January 08, 2024 at 9:00 a.m. |

The defense respectfully submits this case overview memorandum in advance of Mr. Kurashev's above-captioned open change of plea hearing.

**I.      Charged Offense.**

The single count indictment in this case (filed on February 18, 2021 at ECF No. 01) charges a violation of 18 U.S.C. § 2339B(a)(2) ("Attempt to Provide Material Support to a foreign Terrorist Organization").

**II.      Maximum Sentence**

There is no mandatory minimum sentence.  The maximum sentence the Court may impose is 20 years of incarceration, a fine of up to $250,000, both fine and incarceration, supervised release of any term of years, up to life.  As this is a Class C felony, if the defendant violates his conditions of supervised release, the Court may revoke the term of supervised release and require the defendant to serve up to two additional years of imprisonment.

### III.    Elements of Offense.

As to Count One, 18 U.S.C. § 2339B(a)(1), the elements are as follows:

1.    The defendant attempted to provide "material support or resources" as that term is defined in 18 U.S.C. § 2339A(b)(1);

2.    The defendant attempted to provide that material support or resources to Hayat Tahrir al-Sham (hereinafter "HTS");

3.    The defendant did so knowingly;

4.    At the time of the offense, HTS was designated by the Secretary of State as a foreign terrorist organization pursuant to the Immigration and Nationality Act ("INA") § 219;

5.    At the time of the offense, the defendant knew that HTS:
   a.    Was a designated foreign terrorist organization as defined in 18 U.S.C. § 2339B(g)(6); or
   b.    Has engaged or engages in terrorist activity, as defined in INA § 212(a)(3)(B); or
   c.    Has engaged or engages in terrorism, as defined in the Foreign Relations Authorization Act (FY 1988 & 1989) § 140(d)(2).

6.    The defendant took a substantial step towards providing that material support or resources;

7.    The offense occurred in whole or in part within the United States, specifically, within the Eastern District of California; and

8.    The offense began no later than in or about July 2020 and continued until in or about February 2021.

### IV.    Factual Basis for Open Plea.

Mr. Kurashev agrees that the following factual basis truthfully relays his conduct in this case, and that the factual basis satisfies the elements of Count 1, such that the Court may rely on this to find that his guilty plea is factually supported:

Beginning no later than July 2020, and continuing to around February 2021, Mr. Kurashev, the defendant in this matter, knowingly attempted to provide material support or resources, to wit, money, to Faruk Fayzimatov, a fundraiser for Hayat Tahrir al-Sham (hereinafter "HTS").

During the relevant time period of July 2020 to February 2021, HTS was designated by the Secretary of State as a foreign terrorist organization pursuant to the Immigration and Nationality Act § 219.

Case Overview Memorandum                                    *United States v. Kurashev*, 21-CR-40

At the time of his offense, Mr. Kurashev knew that HTS:

    a.    Was a designated foreign terrorist organization as defined in 18 U.S.C. § 2339B(g)(6); or

    b.    Has engaged or engages in terrorist activity, as defined in INA § 212(a)(3)(B); or

    c.    Has engaged or engages in terrorism, as defined in the Foreign Relations Authorization Act (FY 1988 & 1989) § 140(d)(2).

During the relevant time period of July 2020 to February 2021, Mr. Kurashev took a substantial step towards providing that material support or resources to HTS by sending money abroad using money transfer services located in Sacramento, California, which is in the Eastern District of California.

**V.  Conclusion.**

For the foregoing reasons, the defense believes Mr. Kurashev's request to change his plea to Count 1 is knowing and voluntary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 4, 2024

*/s/  Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
MURAT KURASHEV