HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
MURAT KURASHEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:21-cr-00040-KJM-1 |
| Plaintiff, | ) **ORDER GRANTING DEFENDANT MURAT KURASHEV'S MOTION TO ALLOW DEFENSE A COPY OF SEALED TRANSCRIPTS OF IN CAMERA PROCEEDINGS** |
| vs. | ) |
| MURAT KURASHEV, | ) |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

On May 16, 2024, defendant Kurashev filed a motion seeking access to the transcript of an *in camera* proceeding.  The government has not opposed the motion.  Therefore, the court orders that the transcript of *in camera* proceedings on September 21, 2022 shall be provided to defense counsel upon payment of the costs for generating the transcript.

Defendant shall bear the cost of generating the transcript at the standard rate.

DATED:  June 18, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE