ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>              v.<br><br>MURAT KURASHEV,<br><br>                  Defendants. | CASE NO. 2:21-CR-00040 KJM<br><br>ORDER STAYING DEFENDANT'S EARLY RELEASE MOTION |

      On October 7, 2025, the United States filed a motion to stay further proceedings for the above-entitled defendant's motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) during the pendency of his appeal before the Court of Appeals for the Ninth Circuit.

      Having considered the government's motion and the reasons therein, the Court finds that it presently lacks jurisdiction over the defendant's motion for sentence reduction and hereby stays further proceedings in that matter until the conclusion of the defendant's appeal before the Court of Appeals for the Ninth Circuit. The United States shall file a case status report on or before March 31, 2026.

      IT IS SO ORDERED.

Dated: October 15, 2025.

                                                                   UNITED STATES DISTRICT JUDGE