IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MURAT KURASHEV,<br>Defendant. | Case №: 2:21-cr-00040 JAM<br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his or her financial inability to employ counsel or has otherwise satisfied this Court that he or she is financially unable to obtain counsel and wishes counsel be appointed to represent him or her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that **Meredith Fahn** is **APPOINTED** to represent the above defendant in this case effective *nunc pro tunc* to October 1, 2026, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

Dated: October 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE